# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

JOSE MELENDEZ-ESCOBAR

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number:  20CR0362-MDD

Nora Hirozawa
_____
*Defendant's Attorney*

## REGISTRATION NO. 40018359

THE DEFENDANT:

☒ pleaded guilty to count(s)   1 of Superseding Misdemeanor Information

☐ was found guilty to count(s)
   after a plea of not guilty.

   Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8:1325 | IMPROPER ENTRY BY AN ALIEN (Misdemeanor) | 1 |

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   Felony Information   is dismissed on the motion of the United States.

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

### NINETY (90) DAYS

☒ Assessment: $10.00 waived     ☒ Fine: NO FINE

☒ Court recommends USMS, ICE or DHS or other arresting agency return all property and all documents in the defendant's possession at the time of arrest upon their deportation or removal.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 25, 2020
_____
Date of Imposition of Sentence

_____
HONORABLE MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE